UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

David Geschwill,

Plaintiff,

vs.

Experian Information Solutions Inc.,
CSC Credit Services Inc.,
Trans Union LLC,
Equifax Credit Services Inc., and,
Sear Roebuck & Co.,

Defendants.

Court File No. 01-CV-277 JMR/FLN

**STIPULATION TO EXTEND TIME FOR DEPOSITIONS**

---

The parties, by and through their undersigned counsel, hereby agree and stipulate to extend the time to take the depositions of Experian, Sears Roebuck & Co. Rule 30(b)(6) representative, Michelle Geschwill, Marty Lindell, Neil Ahrenstorff, Robert Maslowski and Priscilla Maslowski beyond January 1, 2002.

Date: 12|20, 2001

STIPULATED TO:

THOMAS J. LYONS & ASSOCIATES

Thomas J. Lyons, Sr., #65699
342 East County Road D
Little Canada, MN 55117
(651) 770-9707

Thomas J. Lyons, Jr.
Consumer Justice Center, P.A.
342 East County Road D
Little Canada, MN 55117
(651) 770-9707
Attorneys for Plaintiff

FILED JAN 18 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

LOCKRIDGE, GRINDAL & NAUEN

Date: _________________, 2001

______________________________

Gregory J. Myers, #_______________
W. M. Gengler, #_________________
100 Washington Avenue, Suite 2000
Minneapolis, MN 55401-2179
(612) 339-6900

Scott Kirkner
Gregory Woodard
Jones Day Reavis & Pogue
5 Park Plaza, Suite 1000
Irvine, CA 92614
(949) 553-7544
Attorneys for Defendant
Experian Information Solutions, Inc.

FAEGRE & BENSON, L.L.P.

Date: _________________, 2001

______________________________

Charles F. Webber, #215247
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000
Attorneys for Defendant CSC

SHAPIRO PROFESSIONAL
ASSOCIATION

Date: 24 December, 2001

Kathleen K. Statler

Kathleen K. Statler, #161809
1060 the Colonnade
5500 Wayzata Boulevard
Minneapolis, MN 55416
(763) 542-1716

LOCKRIDGE, GRINDAL & NAUEN

Date: __________________, 2001

Gregory J. Myers, #____________
W. M. Gengler, #____________
100 Washington Avenue, Suite 2000
Minneapolis, MN 55401-2179
(612) 339-6900

Scott Kirkner
Gregory Woodard
Jones Day Reavis & Pogue
5 Park Plaza, Suite 1000
Irvine, CA 92614
(949) 553-7544
Attorneys for Defendant
Experian Information Solutions, Inc.

FAEGRE & BENSON, L.L.P.

Date: 12-20, 2001

Charles F. Webber, #215247
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000
Attorneys for Defendant CSC

SHAPIRO PROFESSIONAL
ASSOCIATION

Date: __________________, 2001

Kathleen K. Statler, #161809
1060 the Colonnade
5500 Wayzata Boulevard
Minneapolis, MN 55416
(763) 542-1716



RECEIVED DEC-19-01 16:33 FROM-6512235199 TO-FAEGRE&BENSON PAGE 04

LOCKRIDGE, GRINDAL & NAUEN

Date: December 18, 2001

Gregory J. Myers, #________
W. M. Gengler, #________
100 Washington Avenue, Suite 2000
Minneapolis, MN 55401-2179
(612) 339-6900

Scott Kirkner
Gregory Woodard
Jones Day Reavis & Pogue
5 Park Plaza, Suite 1000
Irvine, CA 92614
(949) 553-7544
Attorneys for Defendant
Experian Information Solutions, Inc.

FAEGRE & BENSON, L.L.P.

Date: __________, 2001

Charles F. Webber, #________
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000
Attorneys for Defendant CSC

SHAPIRO PROFESSIONAL ASSOCIATION

Date: __________, 2001

Susan D. Holappa, #________
1060 the Colonnade
5500 Wayzata Boulevard
Minneapolis, MN 55416
(763) 542-1716

Daniel Halvorsen
Monica L. Thompson
Piper, Marbury, Rudnick & Wolfe
203 North Lasalle Street, Suite 1800
Chicago, IL 60601-1293
(312) 368-7051
Attorneys for Defendant
Trans Union, L.L.C.

Date: Dec 20, 2001

James E Speckmann
James Speckmann, # 10386X
400 Executive Office Center
2785 White Bear Avenue
Maplewood, MN 55109
(651) 777-8141

Lewis P Perling
Kilpatrick Stockton, L.L.P.
1000 Peachtree Street, Suite 2800
Atlanta, GA 30309
(404) 815-6199
Attorneys for Defendant
Equifax Credit Information Services, Inc.

MURNANE, CONLIN, WHITE & BRANDT
PROFESSIONAL ASSOCIATION

Date: December 28, 2001

Katherine E. Becker
Michael S. Ryan, #130643
Katherine E. Becker, #279146
444 Cedar Street, Suite 1800
St. Paul, MN 55101
(651) 227-9411
Attorneys for Defendant
Sears Roebuck & Co.

**ORDER**

Based on the foregoing Stipulation, the Court hereby extends the time in which the depositions may be taken of Experian, Sears Roebuck & Co. Rule 30(b)(6) Representative, Michelle Geschwill, Marty Lindell, Neil Ahrenstorff, Robert Maslowski and Priscilla Maslowski to beyond January 1, 2002. No other date in the Pretrial schedule is changed.

Dated: 1/18/02, 2002

BY THE COURT:

Honorable Franklin L. Noel
Magistrate Judge
United States District Court