UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RECEIVED
01 APR 19 AM 11:32
CLERK, U.S. DIST. COURT
ST. PAUL, MN

David Geschwill,

Plaintiff,

vs.

Experian Information Solutions, Inc.;
CSC Credit Services, Inc.;
Trans Union LLC; Equifax Credit
Services, Inc.; Sears Roebuck & Co.,

Defendants.

Case No.: 01-CV-277 DWF/AJB

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff David Geschwill ("Plaintiff") and Defendant Trans Union LLC ("Defendant"), by and through their undersigned legal counsel, that Defendant shall be granted an extension until Thursday, May 3, 2001, in the time available to answer Plaintiff's complaint.

Date: April 18th, 2001.

CONSUMER JUSTICE CENTER, P.A.

By: ______________________

Thomas J. Lyons, Sr., #65699
Thomas J. Lyons, Jr., #249646
342 East County Road D
Little Canada, Minnesota 55117
Phone: (651) 770-9707
Fax: (651) 770-5830

ATTORNEY FOR PLAINTIFF

FILED APR 19 2001
FRANCIS E. DOSAL, CLERK

Date: April 18, 2001.

SHAPIRO PROFESSIONAL ASSOCIATION

By: ______________________
Susan D. Holappa, #172744
1060 The Colonnade
5500 Wayzata Boulevard
Minneapolis, MN 55416
Telephone: (612) 542-1716
Facsimile: (612) 542-1784

ATTORNEYS FOR DEFENDANT

**ORDER**

Based on the foregoing Stipulation, IT IS HEREBY ORDERED that Defendant shall be granted an extension until May 3, 2001, in the time available to answer Plaintiff's Complaint.

Dated: April 19th, 2001.

BY THE COURT:

______________________
The Honorable Arthur J. Boylan
United States Magistrate Judge