**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

David Geschwill,

Plaintiff,

v.

Experian Information Solutions, Inc., CSC Credit Services, Inc., Trans Union LLC, Equifax Check Services, Inc., and Sears Roebuck and Co., sued as Sears Roebuck & Co.,

Defendants.

Civil No. 01-277 (DWF/AJB)

**ORDER**

The above-entitled matter came on before the Honorable Donovan W. Frank, Judge of the above-named Court, pursuant to the Court's Notice of Status Conference on April 19, 2001. Present were Charles Webber, Esq., Faegre & Benson, 90 South Seventh Street, #2200, Minneapolis, MN 55402-3901, and Thomas J. Lyons, Jr., Esq., Consumer Justice Center, 342 County Road D E, Little Canada, MN 55117.

Based upon the presentations of counsel, and the Court's review of the procedural history and status of the file, and the Court being otherwise duly advised in the premises, the Court hereby enters the following:

**ORDER**

1. For the reasons stated off the bench on April 19, 2001, I hereby recuse myself in the above-entitled matter. Accordingly, it is hereby ordered that, pursuant to paragraph 11 of this Court's Assignment of Cases Order dated April 2, 2001, the Clerk of Court reassign this case to another Judge.

FILED APR 20 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

2. In the interests of justice and to promote the efficient administration of the United States District Court - District of Minnesota, Thomas J. Lyons, Sr., Thomas Lyons & Associates, P.A., Thomas J. Lyons, Jr., and the Consumer Justice Center, P.A., may not amend a pleading as a matter of course pursuant to Rule 15, Federal Rules of Civil Procedure. Rather, they may only amend a pleading by leave of the Court (the assigned Judge or Magistrate Judge) or by written consent of the adverse party. This paragraph applies to all cases filed in the United States District Court - District of Minnesota on or after April 19, 2001, until further order of the Court, or unless otherwise provided for by the assigned Judge.

Dated: April 20, 2001

DONOVAN W. FRANK
Judge of United States District Court

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Pursuant to an Order of Recusal, this case is reassigned to Judge James M. Rosenbaum and Magistrate Judge Franklin L. Noel.

NEW CASE NUMBER 01-277 DWF/AJB

Use this case number for all further filings.