137655

# UNITED STATES DISTRICT COURT

**District of Minnesota**
**Clerk's Office, 708 Federal Building,**
**316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100**

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-277-JMR/FLN **Case Title:** Geschwill v. Experian, et al.

**Affidavit of Movant**

I, James Speckman, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Lewis P. Perling, an attorney admitted to practice in the Northern District of Georgia, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (x)defendant Equifax in the case(s) listed below. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed below, and that I accept service of all papers served.

Signature: [signature] MN Attorney License #: 16386X Date: 5-8-01

**Affidavit of Proposed Admittee**

I, Lewis P. Perling, am currently a member in good standing of the U.S. District Court for the Northern District of Georgia, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Type/Print Name: Lewis P. Perling Signature: [signature] Date: 5/3/01

Attorney License Number: 572379

Law Firm Name & Address: Kilpatrick Stockton, LLP
1100 Peachtree St., Suite 2800
Atlanta, GA 30309-4530

Telephone: (404) 815-6500

Motion Granted: [signature]
For the Court: Francis E. Dosal, Clerk

MAY 09 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

6/99

FILED MAY 09 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

05/02/2001 WED 11:58 [TX/RX NO 6441] ☑002