**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: 01-277 JMR/FLN**

David Geschwill,

Plaintiff,

-vs-

**[redacted] ORDER**

Experian Information Solutions Inc.,
CSC Credit Services Inc.,
Trans Union LLC,
Equifax Credit Services Inc., and,
Sear Roebuck & Co.

Defendants.

Based on the above Stipulation to Amend the Complaint filed herewith, this Court hereby orders that:

1. Plaintiff's request to file and serve his Second Amended Complaint is GRANTED.

Dated: June 1, 2001

Magistrate Judge Franklin Noel
United States District Court

JUN 1 2001
FILED________
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: 01-277 JMR/FLN**

David Geschwill,
Plaintiff,

-vs-

**STIPULATION TO FILE AND SERVE PLAINTIFF'S SECOND AMENDED COMPLAINT**

Experian Information Solutions Inc.,
CSC Credit Services Inc.,
Trans Union LLC,
Equifax Credit Services Inc., and,
Sear Roebuck & Co.
Defendants.

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff and his attorneys and by Defendants Experian Information Solutions Inc., CSC Credit Services Inc., Trans Union LLC, Equifax Credit Services Inc., Sears Roebuck & Co., and their attorneys that the Second Amended Complaint attached hereto may be filed and served.

**ATTORNEYS FOR PLAINTIFF**

By: Thomas Lyons
THOMAS J. LYONS & ASSOCIATES
Thomas J. Lyons, Sr. , Esq.
Attorney I.D. #: 65699
342 East County Road D
Little Canada, MN 55117
Telephone: (651) 770-9707

CONSUMER JUSTICE CENTER. PA.
Thomas J. Lyons, Jr. , Esq.
Attorney I.D. #: 249646
342 East County Road D
Little Canada, MN 55117
Telephone: 651-770-9707

Dated: 5/18/01

**ATTORNEY FOR DEFENDANT SEARS**

By:____________________
MURNANE, CONLIN, WHITE & BRANDT
Michael Ryan, Esq
Attorney I.D. #: 130643
332 Minnesota Street
First National Bank Building,
Suite West 975
St. Paul, Minnesota 55101
Telephone: (651) 227-2534

Dated:____________________



FILED________
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: 01-277 JMR/FLN

David Geschwill,
Plaintiff,

-vs-

**STIPULATION TO FILE AND SERVE PLAINTIFF'S SECOND AMENDED COMPLAINT**

Experian Information Solutions Inc.,
CSC Credit Services Inc.,
Trans Union LLC,
Equifax Credit Services Inc., and,
Sear Roebuck & Co.
Defendants.

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff and his attorneys and by Defendants Experian Information Solutions Inc., CSC Credit Services Inc., Trans Union LLC, Equifax Credit Services Inc., Sears Roebuck & Co., and their attorneys that the Second Amended Complaint attached hereto may be filed and served.

**ATTORNEYS FOR PLAINTIFF**

By: [signature]
THOMAS J. LYONS & ASSOCIATES
Thomas J. Lyons, Sr. , Esq.
Attorney I.D. #: 65699
342 East County Road D
Little Canada, MN 55117
Telephone: (651) 770-9707

CONSUMER JUSTICE CENTER. PA.
Thomas J. Lyons, Jr. , Esq.
Attorney I.D. #: 249646
342 East County Road D
Little Canada, MN 55117
Telephone: 651-770-9707

Dated: 5/18/01

**ATTORNEY FOR DEFENDANT SEARS**

By: [signature]
MURNANE, CONLIN, WHITE & BRANDT
Michael Ryan, Esq
Attorney I.D. #: 130643
332 Minnesota Street
First National Bank Building,
Suite West 975
St. Paul, Minnesota 55101
Telephone: (651) 227-2534

Dated: 5-23-01

**ATTORNEYS FOR DEFENDANT EXPERIAN**

By: ______________________________
Gregory J. Myers, Esq..
Attorney I.D. #: 210626
Wm. Gengler, Esq.
Attorney I.D. #: 0287398
Lockridge Grindal Nauen
100 Washington Avenue, Suite 2200
Minneapolis, MN 55401-2179
612-339-6900
Fax: 612-339-0981

Gregory Woodard, Esq.
CA. Attorney I.D. #: 203019
Jones, Day, Reavis & Pogue
5 Park Plaza, Suite 1100
Irvine, CA 92614
949-553-7544
Fax: 949-553-7539

Dated: ______________________________

**ATTORNEYS FOR DEFENDANT EQUIFAX CREDIT INFORMATION SERVICES, INC.**
By: ______________________________
Lewis P. Perling, Esq.
GA Attorney I.D. #: 572379
Kilpatrick Stockton, LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
404-815-6199
Fax:404-815-6555

James Speckmann, Esq.
MN Attorney I.D. # 10386x
400 Executive Office Center
2785 White Bear Avenue
Maplewood, MN 55109
651-777-8141
FAX: 651-773-5145

Dated: ______________________________

**ATTORNEYS FOR DEFENDANT TRANS UNION LLC**

By: [signature]
SHAPIRO PROFESSIONAL ASSOCIATION
Ms. Susan Holappa, Esq.
Attorney I.D. # 172741
1060 The Colonnade
5500 Wayzata Boulevard
Minneapolis, MN 55416
Telephone: 612-542-1716
Fax: 763-542-1784

PIPER, MARBURY, RUDNICK & WOLFE
Monica L. Thompson, Esq.
Illinois Atty. #: 6181455
Daniel Halvorsen, Esq.
Illinois Atty. # 6225111
203 North LaSalle Street, Suite 1800
Chicago, IL 60601-1293
Telephone: 312-368-7051
Fax: 312-251-5714

Dated: ______________________________

**ATTORNEYS FOR DEFENDANT CSC**

By: ______________________________
Charles Webber, Esq.
Attorney I.D. # 215247
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
612-336-3000
Fax: 612-336-3026

Dated: ______________________________

**ATTORNEYS FOR DEFENDANT EXPERIAN**

By: ____________________

Gregory J. Myers, Esq..
Attorney I.D. #: ________
Wm. Gengler, Esq.
Attorney I.D. #:
Lockridge Grindal Nauen
100 Washington Avenue, Suite 2200
Minneapolis, MN 55401-2179
612-339-6900
Fax: 612-339-0981

Mr. Scott Kirkner, Esq.
CA. Attorney I.D. #: ________
Gregory Woodard, Esq.
CA. Attorney I.D. #: 203019
Jones, Day, Reavis & Pogue
5 Park Plaza, Suite 1100
Irvine, CA 92614
949-553-7544
Fax: 949-553-7539

Dated: ____________________

**ATTORNEYS FOR DEFENDANT EQUIFAX CREDIT INFORMATION SERVICES, INC.**

By: ____________________
Lewis P. Perling, Esq.
GA Atttorney I.D. #: 572379
Kilpatrick Stockton, LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
404-815-6199
Fax:404-815-6555

James Speckmann, Esq.
MN Attorney I.D. # 10386x

**ATTORNEYS FOR DEFENDANT TRANS UNION LLC**

By: ____________________

SHAPIRO PROFESSIONAL ASSOCIATION
Ms. Susan Holappa, Esq.
Attorney I.D. # 172741
1060 The Colonnade
5500 Wayzata Boulevard
Minneapolis, MN 55416
Telephone: 612-542-1716
Fax: 763-542-1784

PIPER, MARBURY, RUDNICK & WOLFE
Daniel Halvorsen, Esq.
Illinois Atty. # 6225111
203 North LaSalle Street, Suite 1800
Chicago, IL 60601-1293
Telephone: 312-368-7051
Fax: 312-251-5714

Monica L. Thompson, Esq.
Illinois Atty. #: 6181455
203 North LaSalle Street, Suite 1800
Chicago, IL 60601-1293
Telephone: 312-368-7051

Dated: ____________________

**ATTORNEYS FOR DEFENDANT CSC**

By: ____________________
Charles Webber, Esq.
Attorney I.D. #: ________
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
612-336-3000
fax: 336-3026

400 Executive Office Center
2785 White Bear Avenue
Maplewood, MN 55109
651-777-8141
FAX: 651-773-5145

Dated: 5/24/01 Dated:____________________

**ATTORNEYS FOR DEFENDANT EXPERIAN**

By: ______________________

Gregory J. Myers, Esq..
Attorney I.D. #: __________
Wm. Gengler, Esq.
Attorney I.D. #:
Lockridge Grindal Nauen
100 Washington Avenue, Suite 2200
Minneapolis, MN 55401 2179
612-339-6900
Fax: 612-339-0981

Mr. Scott Kirkner, Esq.
CA. Attorney I.D. #: __________
Gregory Woodard, Esq.
CA. Attorney I.D. #: 203019
Jones, Day, Reavis & Pogue
5 Park Plaza, Suite 1100
Irvine, CA 92614
949-553-7544
Fax: 949-553-7539

Dated: 5/22/01

**ATTORNEYS FOR DEFENDANT TRANS UNION LLC**

By: ______________________

SHAPIRO PROFESSIONAL ASSOCIATION
Ms. Susan Holappa, Esq.
Attorney I.D. # 172741
1060 The Colonnade
5500 Wayzata Boulevard
Minneapolis, MN 55416
Telephone: 612-542-1716
Fax: 763-542-1784

PIPER, MARBURY, RUDNICK & WOLFE
Daniel Halvorsen, Esq.
Illinois Atty. # 6225111
203 North LaSalle Street, Suite 1800
Chicago, IL 60601-1293
Telephone: 312-368-7051
Fax: 312-251-5714

Monica L. Thompson, Esq.
Illinois Atty. #: 6181455
203 North LaSalle Street, Suite 1800
Chicago, IL 60601-1293
Telephone: 312-368-7051

Dated: ______________________

**ATTORNEYS FOR DEFENDANT EQUIFAX CREDIT INFORMATION SERVICES, INC.**

By: ______________________
Lewis P. Perling, Esq.
GA Atttorney I.D. #: 572379
Kilpatrick Stockton, LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
404-815-6199
Fax:404-815-6555

James Speckmann, Esq.
MN Attorney I.D. # 10386x

**ATTORNEYS FOR DEFENDANT CSC**

By: ______________________
Charles Webber, Esq.
Attorney I.D. #: __________
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
612-336-3000
fax: 336-3026

**ATTORNEYS FOR DEFENDANT EXPERIAN**

By: ______________________________

Gregory J. Myers, Esq..
Attorney I.D. #: __________
Wm. Gengler, Esq.
Attorney I.D. #:
Lockridge Grindal Nauen
100 Washington Avenue, Suite 2200
Minneapolis, MN 55401-2179
612-339-6900
Fax: 612-339-0981

Mr. Scott Kirkner, Esq.
CA. Attorney I.D. #: ____________
Gregory Woodard, Esq.
CA. Attorney I.D. #: 203019
Jones, Day, Reavis & Pogue
5 Park Plaza, Suite 1100
Irvine, CA 92614
949-553-7544
Fax: 949-553-7539

**ATTORNEYS FOR DEFENDANT TRANS UNION LLC**

By: ______________________________

SHAPIRO PROFESSIONAL ASSOCIATION
Ms. Susan Holappa, Esq.
Attorney I.D. # 172741
1060 The Colonnade
5500 Wayzata Boulevard
Minneapolis, MN 55416
Telephone: 612-542-1716
Fax: 763-542-1784

PIPER, MARBURY, RUDNICK & WOLFE
Daniel Halvorsen, Esq.
Illinois Atty. # 6225111
203 North LaSalle Street, Suite 1800
Chicago, IL 60601-1293
Telephone: 312-368-7051
Fax: 312-251-5714

Monica L. Thompson, Esq.
Illinois Atty. #: 6181455
203 North LaSalle Street, Suite 1800
Chicago, IL 60601-1293
Telephone: 312-368-7051

Dated: ______________________________

**ATTORNEYS FOR DEFENDANT EQUIFAX CREDIT INFORMATION SERVICES, INC.**

By: ______________________________

Lewis P. Perling, Esq.
GA Atttorney I.D. #: 572379
Kilpatrick Stockton, LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
404-815-6199
Fax:404-815-6555

James Speckmann, Esq.
MN Attorney I.D. # 10386x

Dated: ______________________________

**ATTORNEYS FOR DEFENDANT CSC**

By: [signature]

Charles Webber, Esq.
Attorney I.D. #: 215247
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
612-336-3000
fax: 336-3026

400 Executive Office Center
2785 White Bear Avenue
Maplewood, MN 55109
651-777-8141
FAX: 651-773-5145

Dated:____________________ Dated: June 1, 2001