**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

David Geschwill,

Plaintiff,

v.

Experian Information Solutions, Inc.; CSC Credit Services Inc.; Equifax Credit Services Inc.; and Sears Roebuck & Co.,

Defendants.

CASE NO. 01-277 JMR/FLN

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON**

---

WHEREAS, Plaintiff David Geschwill and Defendant Experian Information Solutions, Inc have reached a resolution of this action:

THE PARTIES DO AND HEREBY STIPULATE THAT, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, this matter be dismissed with prejudice in its entirety with regard to Defendant Experian Information Solutions, Inc., with each party to bear their own costs.

**SO STIPULATED.**

Dated: January 3, 2002

JONES, DAY, REAVIS & POGUE

By: ______________________
Gregory E. Woodard, CA#203019
Admitted *pro hac vice*
5 Park Plaza, Suite 1100
Irvine, CA 92614
Telephone: (949) 851-3939

LOCKRIDGE GRINDAL NAUEN P.L.L.P.
William A. Gengler, #210626
Gregory J. Myers, #0287398
100 Washington Avenue South, Suite 2200

RICHARD D. SLETTEN, CLERK
MAR 21 2002
JUDGEMENT ENTERED ______
DEPUTY CLERK'S INITIALS ______



LA-1127951v1

Minneapolis, MN 55401
Telephone: (612) 339-6900

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

Dated: ~~January~~ MARCH 14, 2002

CONSUMER JUSTICE CENTER, P.A.

By: ______________________
Thomas J. Lyons, Jr., #249646
342 East County Road D
Little Canada, MN 55117
Telephone: (651) 770-9707

Attorneys for Plaintiff
DAVID GESCHWILL

**IT IS SO ORDERED.**

DATED: March 21, 2002

______________________
HONORABLE JAMES M. ROSENBAUM
U.S. DISTRICT COURT CHIEF JUDGE



LA-1127951v1