**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: 01-CV-277 DWF/AJB**

David Geschwill,

Plaintiff,

-vs-

Experian Information Solutions Inc.,
CSC Credit Services Inc.,
Trans Union LLC,
Equifax Credit Information Services Inc., and
Sears Roebuck & Co.,

Defendants.

**ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to a written stipulation entered into between the Plaintiff and defendants Trans Union LLC, Equifax Credit Information Services, Inc and Sears, Roebuck & Co. stating that the above-entitled action against those defendants has been fully and finally compromised and settled on the merits:

**IT IS HEREBY ORDERED** that any and all claims of the plaintiff against defendants Trans Union LLC, Equifax Credit Information Services, Inc and Sears, Roebuck & Co. are hereby dismissed with prejudice, each of the parties to bear and pay all costs and expenses incurred or to be incurred by each respectively in connection with said action.

This 13th day of May, 2002.

DONOVAN W. FRANK
Judge, United States District Court

MAY 13 2002
FILED________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: 01-CV-277 DWF/AJB**

---

David Geschwill,

Plaintiff,

-vs-

Experian Information Solutions Inc.,
CSC Credit Services Inc.,
Trans Union LLC,
Equifax Credit Information Services Inc., and
Sears Roebuck & Co.,

Defendants.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties hereto, through their respective counsel of record, that any and all claims of the plaintiff against defendants Equifax Credit Information Services, Inc., Trans Union LLC and Sears, Roebuck and Co. ("Defendants") are hereby dismissed with prejudice. The parties further stipulate and agree that each and every claim of plaintiff under his Complaint against Defendants has been fully resolved and that the effect of this Stipulation will be to dismiss the entire action against Defendants with prejudice.

**IT IS FURTHER STIPULATED AND AGREED** that the Court is hereby authorized and requested to execute and enter the Order of Dismissal, a copy of which is attached hereto, and to make all such orders and judgments which may be necessary and proper to dismiss the above-titled action against Defendants with prejudice.

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**IT IS FURTHER STIPULATED AND AGREED** that each of the parties to this stipulation shall bear and pay all costs and expenses heretofore incurred or to be incurred by each respectively in connection with said action.

This 23 day of April, 2002.

By: ______________________________

Thomas J. Lyons, Sr., Esq.
Thomas Lyons & Associates, P.A.
Thomas J. Lyons, Jr.
Consumer Justice Center, P.A.
342 E. County Rd., D
Little Canada, MN 55117
*Attorneys for Plaintiff*

By: ______________________________

Lewis P. Perling, Esq. (admitted *pro hac vice*)
KILPATRICK STOCKTON LLP
1100 Peachtree Street
Suite 2800
Atlanta, Georgia 30309
(404) 815-6500
*Attorneys for Defendant Equifax Credit Information Services, Inc.*

By: ______________________________

Kathleen Statler, Esq.
Attorney I.D. 0161809
Shapiro Professional Association
1060 The Colonnade
5500 Wayzata Blvd.
Minneapolis, MN 55416

*Attorneys for Trans Union LLC*

By: ______________________________

Michael Ryan, Esq.
Murnane, Conlin, White & Brandt
1800 U.S. Bancorp
Piper Jaffray Plaza
444 Cedar Street
St. Paul, MN 55101
*Attorneys for Sears, Roebuck and Co.*

**IT IS FURTHER STIPULATED AND AGREED** that each of the parties to this stipulation shall bear and pay all costs and expenses heretofore incurred or to be incurred by each respectively in connection with said action.

This 25th day of April, 2002.

By:____________________________
Thomas J. Lyons, Sr., Esq.
Thomas Lyons & Associates, P.A.
Thomas J. Lyons, Jr.
Consumer Justice Center, P.A.
342 E. County Rd., D
Little Canada, MN 55117
*Attorneys for Plaintiff*

By:____________________________
Lewis P. Perling, Esq. (admitted *pro hac vice*)
KILPATRICK STOCKTON LLP
1100 Peachtree Street
Suite 2800
Atlanta, Georgia 30309
(404) 815-6500
*Attorneys for Defendant Equifax Credit Information Services, Inc.*

By:____________________________
Kathleen K. Statler, Esq.
SHAPIRO PROFESSIONAL ASSOCIATION
1060 The Colonnade
550 Wayzata Boulevard
Minneapolis, Minn. 55416
*Attorneys for Trans Union LLC*

By:____________________________
Michael Ryan, Esq.
Murnane, Conlin, White & Brandt
1800 U.S. Bancorp
Piper Jaffray Plaza
444 Cedar Street
St. Paul, MN 55101
*Attorneys for Sears, Roebuck and Co.*

**IT IS FURTHER STIPULATED AND AGREED** that each of the parties to this stipulation shall bear and pay all costs and expenses heretofore incurred or to be incurred by each respectively in connection with said action.

This ___ day of April, 2002.

By:______________________________
Thomas J. Lyons, Sr., Esq.
Thomas Lyons & Associates, P.A.
Thomas J. Lyons, Jr.
Consumer Justice Center, P.A.
342 E. County Rd., D
Little Canada, MN 55117
*Attorneys for Plaintiff*

By:______________________________
Lewis P. Perling, Esq. (admitted *pro hac vice*)
KILPATRICK STOCKTON LLP
1100 Peachtree Street
Suite 2800
Atlanta, Georgia 30309
(404) 815-6500
*Attorneys for Defendant Equifax Credit Information Services, Inc.*

By: Kathleen K. Statler
Kathleen K. Statler, Esq.
SHAPIRO PROFESSIONAL ASSOCIATION
1060 The Colonnade
550 Wayzata Boulevard
Minneapolis, Minn. 55416
*Attorneys for Trans Union LLC*

By:______________________________
Michael Ryan, Esq.
Murnane, Conlin, White & Brandt
1800 U.S. Bancorp
Piper Jaffray Plaza
444 Cedar Street
St. Paul, MN 55101
*Attorneys for Sears, Roebuck and Co.*

**IT IS FURTHER STIPULATED AND AGREED** that each of the parties to this stipulation shall bear and pay all costs and expenses heretofore incurred or to be incurred by each respectively in connection with said action.

This ___ day of May, 2002.

By:______________________________
Thomas J. Lyons, Sr., Esq.
Thomas Lyons & Associates, P.A.
Thomas J. Lyons, Jr.
Consumer Justice Center, P.A.
342 E. County Rd. D
Little Canada, MN 55117
*Attorneys for Plaintiff*

By:______________________________
Lewis P. Perling, Esq. (admitted *pro hac vice*)
KILPATRICK STOCKTON LLP
1100 Peachtree Street Suite 2800
Atlanta, Georgia 30309
(404) 815-6500
*Attorneys for Defendant Equifax Credit Information Services, Inc.*

By:______________________________
Kathleen K. Statler, Esq.
SHAPIRO PROFESSIONAL ASSOCIATION
1060 The Colonnade
550 Wayzata Boulevard
Minneapolis, MN 55416
*Attorneys for Trans Union LLC*

By:______________________________
Michael Ryan, Esq.
Murnane, Conlin, White & Brandt
1800 U.S. Bancorp Piper Jaffray Plaza
444 Cedar Street
St. Paul, MN 55101
*Attorneys for Sears, Roebuck and Co.*