**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

David Geschwill,

Plaintiff,

v.

Experian Information Solutions, Inc.; CSC Credit Services, Inc., Trans Union LLC; Equifax Check Services, Inc.; and Sears Roebuck and Co., sued as Sears Roebuck & Co.,

Defendants.

Civil No. 01-277 (JMR/FLN)

**ORDER**

---

Thomas J. Lyons, Jr., Consumer Justice Center, 342 County Road D East, Little Canada, MN 55117; and Thomas J. Lyons, Esq., Lyons & Associates, 342 County Road D East, Little Canada, MN 55117, counsel for Plaintiff.

William A. Gengler, Esq., and Gregory J. Myers, Esq., Lockridge Grindal Nauen, 100 Washington Avenue South, Suite 2200, Minneapolis, MN 55401; Gregory E. Woodard, Esq., Jones Day Reavis & Pogue, 5 Park Plaza, Suite 1100, Irvine, CA 92614, counsel for Defendant Experian Information Solutions, Inc.

Charles F. Webber, Esq., Faegre & Benson, 2200 Wells Fargo Center, 90 South Seventh Street, Minneapolis, MN 55402-3901, counsel for Defendant CSC Credit Services, Inc.

Daniel O. Halvorsen, Esq., Piper Rudnick, 203 LaSalle Street North, Suite 1800, Chicago, IL 60601-1800 and Susan D. Holappa, Esq., and Kathleen K. Statler, Esq., Shapiro Law Office, 5500 Wayzata Boulevard, Suite 1060, Minneapolis, MN 55416, counsel for Defendant Trans Union LLC.

James E. Speckmann, Esq., Speckmann Law Office, 505 Tanglewood Drive, Shoreview, MN 55126 and Lewis P. Perling, Esq., Kilpatrick Stockton, 1100 Peachtree Street, Suite 2800, Atlanta, GA 30309-4530, counsel for Defendant Equifax Check Services, Inc.

Michael S. Ryan, Esq., and Katherine E. Becker, Esq., Murnane Conlin White & Brandt, 444 Cedar Street, Suite 1800, St. Paul, MN 55102, counsel for Defendant Sears Roebuck and Co., sued as Sears Roebuck & Co.

---

FILED DEC 0 9 2002
RICHARD D. ... CLERK
JUDGMENT ...
DEPUTY CLERK

The above-entitled matter is before the Court by written petition dated November 12, 2002, of Thomas J. Lyons, requesting that the pleading privileges pursuant to Rule 15 of the Federal Rules of Civil Procedure of Thomas J. Lyons, Sr., Thomas J. Lyons & Associates P.A., Thomas J. Lyons, Jr., and the Consumer Justice Center be restored for the United States District Court - District of Minnesota.

The Court entered an order on April 20, 2001, wherein the undersigned prohibited the Petitioners from amending a pleading as a matter of course pursuant to Rule 15 of the Federal Rules of Civil Procedure in the District of Minnesota. That order required that the Petitioners amend a pleading only by leave of the Court or by written consent of the adverse party unless otherwise provided for by the assigned judge in the District of Minnesota.

Based upon the presentations of counsel and the Court being otherwise duly advised in the premises, the Court hereby enters the following:

**ORDER**

1. The pleading privileges, pursuant to Rule 15 of the Federal Rules of Civil Procedure, of the Petitioners are restored effective April 1, 2003, unless otherwise provided for by the assigned judge.

Dated: December 9, 2002

DONOVAN W. FRANK
Judge of United States District Court